IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ANDRADE-ROCHA, JESUS ANDRADE, GABRIELA ANDRADE | § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. **24-1218** |
| v. | § § | |
| UNITED STATES OF AMERICA | § | |
| *Defendant.* | | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiffs Jesus Andrade, Juan Andrade-Rocha, and Gabriela Andrade ("Plaintiffs") complain of Defendant, United States of America, ("Defendant"), and file this Original Complaint and Demand for Jury Trial and for causes of action would respectfully show unto the Court as follows:

### I.   PARTIES

1. Plaintiffs, Juan Andrade-Rocha, Jesus Andrade, and Gabriela Andrade, are individuals and citizens of the State of Texas.

2. Defendant, the UNITED STATES OF AMERICA, may be served by delivering a copy of the summons and of the complaint to the United States Attorney for the Southern District of Texas, 1000 Louisiana St., Suite 2300, Houston, Texas 77002 and via email: USATXS.CivilNotice@usdoj.gov and by also sending a copy to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001.

### II.   JURISDICTION

3. The court has jurisdiction over the lawsuit according to 28 U.S.C. ' 1332 because this is a suit under the Federal Tort Claims Act, 28 U.S.C. ' 1346.

PLAINTIFF'S ORIGINAL COMPLAINT
1 | P a g e

### III.  CONDITIONS PRECEDENT

4. Plaintiffs timely presented this claim in writing to the UNITED STATES POSTAL SERVICE. The suit is being filed six months after the agency received the demand and they have failed to accept or deny the claim.

### IV. FACTS

5. On April 9, 2022, Plaintiffs were traveling northbound in the 6400 block of Longmire in Conroe, Montgomery County, Texas.

6. At the same time and location, Steven Braddick, while in the course and scope of her employment with, and in a vehicle owned by, the United States Postal Service, was traveling westbound in a private driveway, attempting to turn southbound onto Longmire.

7. The United States Postal Service is an agency of the United States of America.

8. Suddenly and without warning, Steven Braddick failed to yield right of way and attempted to exit the private drive when it was unsafe to do so and was struck by Plaintiff's vehicle.

9. As a result of Defendant's negligence, Plaintiffs suffered serious and lasting injuries for which they sought medical treatment.

### V. NEGLIGENCE

10. The conduct of Steven Braddick on the occasion in question was wrongful, in that he failed to keep a proper lookout, he attempted to turn from the private drive when it was unsafe to do so, he attempted to make a left turn from in front of oncoming traffic, he failed to yield the right of way, and did other acts or omissions that were negligence or negligence per se. Under the laws of the State of Texas, a private person would be liable to Plaintiff for this conduct. In accordance with 28 U.S.C. ' 1346 (b), the United States is liable to Plaintiffs for their personal

injury and property damages as outlined below.

## VI. DAMAGES

11. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs were caused to suffer serious and lasting injuries and to incur the following damages:

- A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services at the time and place those services were provided;

- B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

- C. Physical pain and suffering in the past;

- D. Physical pain and suffering, in all reasonable probability, will be suffered in the future;

- E. Physical impairment in the past;

- F. Physical impairment which, in all reasonable probability, will be suffered in the future;

- G. Loss of earnings in the past;

- H. Loss of earning capacity which will, in all probability, be incurred in the future;

- I. Mental anguish in the past;

- J. Mental anguish which will, in all probability, be incurred in the future; and

- K. Property damage and loss of use sustained in the past.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendant for damages in an amount within the

jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

        Respectfully submitted,

        **The Law Office of Jared B. Yñigez, PLLC**

By: **/s/ Jared B. Ynigez**
     Jared B. Yñigez
     Texas Bar No. 24056999
     Federal Bar No. 909527
     Brian Winkler
     Texas Bar No. 24134609
     Federal Bar No. 3863919
     **Email:   servicereq@jbylawfirm.com**
     P.O. Box 7418
     Houston, TX 77248-7418
     Tel. (281) 739-9069
     Fax. (713) 422-2172

     ATTORNEY-IN-CHARGE FOR PLAINTIFF